■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FRANCISCO GONZALEZ, Appellant. [648 NYS2d 350] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Juviler, J.), rendered June 13, 1995, convicting him of criminal possession of a controlled substance in the second degree and criminal possession of a weapon in the second degree (two counts), upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to

withdraw as counsel is granted (*see, Anders v California*, 386 US 738; *People v Paige*, 54 AD2d 631; *cf., People v Gonzalez*, 47 NY2d 606). Miller, J. P., Ritter, Sullivan, Friedmann and Krausman, JJ., concur.